UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANTONIO HAUA, et al.,

               Plaintiffs,

    - against -

PRODIGY NETWORK, LLC, et al.,

               Defendants.

**ORDER**

20 Civ. 2318 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendant Prodigy Shorewood Investment Management's motion to dismiss:

1. Defendant's motion is due on **June 9, 2020**;
2. Plaintiff's opposition is due on **June 30, 2020**; and
3. Defendant's reply, if any, is due on **July 7, 2020**.

    It is further ORDERED that the conference scheduled for July 16, 2020 is adjourned sine die. Discovery is stayed during the pendency of this motion.

    The Clerk of the Court is directed to terminate the motion (Dkt. No. 22).

Dated: New York, New York
       May 19, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge