UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANTONIO HAUA and BIBIANA KURI OTERO,

          Plaintiffs,

- against -

PRODIGY NETWORK, LLC, PRODIGY SHOREWOOD INVESTMENT MANAGEMENT LLC, and 17 JOHN PREFERRED, INC.,

          Defendants.

**DEFAULT JUDGMENT**

20 Civ. 2318 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The complaint of plaintiffs Jose Antonio Haua and Bibiana Kuri Otero (together, "Plaintiffs"), dated March 16, 2020, having been served on defendants Prodigy Network, LLC and 17 John Preferred, Inc. ("Defaulting Defendants") on March 18, 2020 (Dkt. Nos. 11-12), and the time for Defaulting Defendants to appear, answer, or raise any objection to the complaint having expired, and Defaulting Defendants not having appeared at the August 13, 2020 show cause hearing or raised an objection to the Complaint,

        NOW, pursuant to Rule 55 of the Federal Rules of Civil Procedure and upon Plaintiffs' complaint dated March 16, 2020 (Dkt. No. 1), and Plaintiffs' motion by order to show cause for default judgment (Dkt. No. 34), including the declarations of Steven M. Lucks, dated June 1, 2020 and August 7, 2020 (Dkt. Nos. 34-2, 52), and the declaration of Jose Antonio Haua, dated June 1, 2020 (Dkt. No. 34-8), it is hereby

ORDERED, ADJUDGED and DECREED that the Plaintiffs have judgment against and recover from Defaulting Defendants in the amount of $807,821.96, plus $775 in costs, for a total of $808,596.96.

The Clerk of the Court is directed to terminate the motion (Dkt. No. 34).

Dated: New York, New York
       August 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge