UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ANTONIO HAUA and BIBIANA KURI OTERO<br><br>Plaintiffs,<br><br>vs.<br><br>PRODIGY NETWORK, LLC a Delaware limited liability company, PRODIGY SHOREWOOD INVESTMENT MANAGEMENT, LLC, and 17 JOHN PREFERRED, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:20-cv-02318-PGG<br><br>[PROPOSED] ORDER |

This action was commenced on March 16, 2020 by the filing of the complaint and the issuance of summonses by plaintiffs Jose Antonio Haua and Bibiana Kuri Otero (together, "Plaintiffs"). Judgment was entered by the Court on August 13, 2020 in favor of Plaintiffs and against defendants Prodigy Network, LLC ("Prodigy Network") and 17 John Preferred, Inc. ("17 John") in the amount of $808,596.96.

NOW, pursuant to Rule 37 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, that Prodigy Network and 17 John provide answers responsive to Plaintiffs' information subpoena served on Prodigy Network and 17 John dated August 25, 2020 within ten days of this date.

*Failure to respond to the Restraining Notice and Information Subpoena will serve as grounds for finding that Prodigy Network and 17 John are in contempt of this Court and will be subject to civil and criminal penalties.*

Plaintiffs shall arrange for service of this Order by overnight delivery to Prodigy Network and 17 John. Proof of such service shall be filed with the Court.

Dated: October 15, 2020

_____
PAUL G. GARDEPHE, U.S.D.J.