UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ANTONIO HAUA and BIBIANA KURI OTERO,

                    Plaintiffs,

- against -

PRODIGY NETWORK, LLC, PRODIGY SHOREWOOD INVESTMENT MANAGEMENT, LLC, and 17 JOHN PREFERRED, INC.,

                    Defendants.

**ORDER**

20 Civ. 2318 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS Plaintiffs Jose Antonio Haua and Bibiana Kuri Otero moved for an order finding Defendants Prodigy Network, LLC and 17 John Preferred, Inc. ("Defendants") in contempt for their failure to respond to this Court's October 15, 2020 Order concerning certain restraining notices and information subpoenas (see Dkt. No 61; see also Dkt. Nos. 60, 60-1, 60-2, 60-3, 60-4); and

    Having considered the papers filed by Plaintiffs and finding good cause therefore, it is hereby ORDERED that Plaintiffs' motion is granted and Defendants are hereby held in civil contempt of this Court's October 15, 2020 Order (Dkt. No. 61).

    It is FURTHER ORDERED that this matter is referred to Magistrate Judge Fox for a report and recommendation regarding Plaintiffs' request for damages and an award of

attorneys' fees.

Dated: New York, New York
December 7, 2020

SO ORDERED.

*signature*

Paul G. Gardephe
United States District Judge