UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ANTONIO HAUA and BIBIANA KURI OTERO, :
: 
               Plaintiffs, :     **ORDER**
:
   -against- :     20-CV-2318 (PGG)(KNF)
:
PRODIGY NETWORK LLC a Delaware limited :
liability company, PRODIGY SHOREWOOD :
INVESTMENT MANAGEMENT, LLC, and 17 :
JOHN PREFERRED, INC., a Delaware corporation, :
:
               Defendants. :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 15, 2020, at 10:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York         SO ORDERED:
       December 9, 2020

                                                            */s/ Kevin Nathaniel Fox*
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE