UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ANTONIO HAUA and BIBIANA KURI OTERO,

                    Plaintiffs,                    ORDER

      -against-                      20-CV-2318 (PGG)(KNF)

PRODIGY NETWORK, LLC a Delaware limited
liability company, PRODIGY SHOREWOOD
INVESTMENT MANAGEMENT, LLC, and 17
JOHN PREFERRED, INC., a Delaware corporation,

                    Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the plaintiffs and defendant Prodigy Shorewood Investment Management, LLC on December 15, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that on or before December 29, 2020, the plaintiffs shall file their motion for reasonable attorney's fees generated in connection with their motion for contempt. See Docket Entry No. 64. Any contemptor wishing to challenge, through counsel, the reasonableness of the attorney's fees sought shall filed the challenge on or before January 5, 2021. Any reply shall be filed on or before January 8, 2021.

Dated:  New York, New York          SO ORDERED:
          December 15, 2020

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE