UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

JOSE ANTONIO HAUA and
BIBIANA KURI OTERO

          Plaintiffs,

vs.

PRODIGY NETWORK, LLC a Delaware
limited liability company, PRODIGY
SHOREWOOD INVESTMENT
MANAGEMENT, LLC, and 17 JOHN
PREFERRED, INC., a Delaware corporation,

          Defendants.

</td><td>

Case No. 1:20-cv-02318-PGG

~~[PROPOSED]~~ ORDER

</td></tr>
</table>

This action was commenced on March 16, 2020, by the filing of the complaint and the issuance of summonses by plaintiffs Jose Antonio Haua and Bibiana Kuri Otero (together, "Plaintiffs"). Judgment was entered by the Court on August 13, 2020 in favor of Plaintiffs and against defendants Prodigy Network, LLC ("Prodigy Network") and 17 John Preferred, Inc. ("17 John") in the amount of $808,596.96.

NOW, pursuant to Rule 37 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that 17 John Street Property Owner LLC provide answers responsive to Plaintiffs' information subpoena served on it dated January 8, 2021, within ten days of this date.

*Failure to respond to the Information Subpoena will serve as grounds for finding that 17 John Street Property Owner LLC is in contempt of this Court and will be subject to civil and criminal penalties.*

Plaintiffs shall arrange for service of this Order by overnight delivery to 17 John Street Property Owner LLC.  Proof of such service shall be filed with the Court.

Dated: _____February 17_____, 2021

_____

PAUL G. GARDEPHE, U.S.D.J.