UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANTONIO HAUA and BIBIANA KURI OTERO,

        Plaintiffs,

- vs. -

PRODIGY NETWORK, LLC, a Delaware limited liability company, PRODIGY SHOREWOOD INVESTMENT MANAGEMENT, LLC, and 17 JOHN PREFERRED, INC., a Delaware corporation,

        Defendants.

**ORDER**

20 Civ. 2318 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants' opposition to Plaintiffs' motion for leave to amend the Complaint is due on **October 27, 2021**. Plaintiffs' reply, if any, is due on **November 3, 2021**.

Dated: New York, New York
        October 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge